Richard CRAFT *v.* STATE of Arkansas

CR 00-829                                          26 S.W.3d 584

Supreme Court of Arkansas
Opinion delivered September 7, 2000

*Joseph D. Hughes & Assocs., P.A.,* by: *Joseph D. Hughes,* for appellant.

No response.

PER CURIAM. Richard Craft, by his attorney, has filed a motion for rule on the clerk. His attorney, Joseph D. Hughes, admits in his motion that the record was tendered late due to a mistake on his part.

We find an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (per curiam).

The motion for rule on the clerk is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.